**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RAYMOND T. MAHLBERG,

Plaintiff,

v.

CASE NO. 1:24-cv-20472-KMW

URBAN OUTFITTERS, INC.,

Defendant.

Defendant.
_______________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Raymond T. Mahlberg and Defendant Urban Outfitters, Inc., by and through their undersigned counsel, hereby give the Court notice that the parties have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

The Parties therefore request this Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all claims will be filed within 60 days.

Dated: April 30, 2024.

*/s/ Acacia Barros*
Acacia Barros, Esq.
FBN: 106277
ACACIA BARROS, P.A.
11120 N. Kendall Dr., Suite 201
Miami, Florida 33176
Tel: 305-639-8381
ab@barroslawfirm.com

*Counsel for Plaintiff*

Respectfully submitted,

*/s/ Beth S. Joseph*
Beth S. Joseph
Florida Bar No. 0062952
Email: beth.joseph@morganlewis.com
Chantae Brown
Florida Bar No. 1044146
Email: chantae.brown@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue
Suite 1600
Miami, FL 33131-3075
Telephone: 305.415.3308

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Beth S. Joseph*
Beth S. Joseph

**SERVICE LIST**

ACACIA BARROS, P.A.
Acacia Barros, Esq.
FBN: 106277
11120 N. Kendall Dr., Suite 201
Miami, Florida 33176
Tel: 305-639-8381
ab@barroslawfirm.com

*Counsel for Plaintiff*