**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RAYMOND T. MAHLBERG,

Plaintiff,

v.

CASE NO. 1:24-cv-20472-KMW

URBAN OUTFITTERS, INC.,

Defendant.

Defendant.

_______________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Raymond T. Mahlberg and Defendant Urban Outfitters, Inc., by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action *with* prejudice. The Parties shall bear their own attorneys' fees, costs, and expenses.

Dated: June 28, 2024.

Respectfully submitted,

*/s/ Acacia Barros*
Acacia Barros, Esq.
FBN: 106277
ACACIA BARROS, P.A.
11120 N. Kendall Dr., Suite 201
Miami, Florida 33176
Tel: 305-639-8381
ab@barroslawfirm.com

*Counsel for Plaintiff*

*/s/ Beth S. Joseph*
Beth S. Joseph
Florida Bar No. 0062952
Email: beth.joseph@morganlewis.com
Chantae Brown
Florida Bar No. 1044146
Email: chantae.brown@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue
Suite 1600
Miami, FL 33131-3075
Telephone: 305.415.3308
Facsimile: 305.415.3001

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Beth S. Joseph*
Beth S. Joseph

**SERVICE LIST**

ACACIA BARROS, P.A.
Acacia Barros, Esq.
FBN: 106277
11120 N. Kendall Dr., Suite 201
Miami, Florida 33176
Tel: 305-639-8381
ab@barroslawfirm.com

*Counsel for Plaintiff*